# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HENRY JOSEPH JAQUEZ, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-11-1066-F |
| LAWTON CORRECTIONAL FACILITY, et al., | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation on February 9, 2012, wherein he recommended that plaintiff's amended motion for a default judgment with respect to defendants, C. Chester, Rick Whitten, Sgt. Brashears, Mrs. Stouffer, Sgt. Hill, Sgt. Bjork, and Sabine Hildner, be denied. In the Report and Recommendation, Magistrate Judge Bacharach advised plaintiff of his right to file an objection to the suggested ruling by February 27, 2012 and that failure to timely object would foreclose appellate review of the suggested ruling.

To date, plaintiff has not filed a timely objection to the Report and Recommendation and has not requested an extension of time to file an objection. With no objection being filed, the court accepts, adopts and affirms the Report and Recommendation.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Robert E. Bacharach on February 9, 2012 (doc. no. 48) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. "Plaintiff's Amended Motion

Requesting Relief and Summary Judgement By Default," filed February 3, 2012 (doc. no. 45), is **DENIED**.

DATED March 13, 2012.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

11-1066p001.wpd